IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LINDSAY A. MCCORMACK,

    Plaintiff,

v.   Civil Action No. 1:25-cv-00033-TSK-MJA

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

## JUDGMENT ORDER

**AND NOW**, this 30th day of July, 2025, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

**IT IS FURTHER ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: July 30, 2025

BY THE COURT:

_____
THOMAS S. KLEEH
CHIEF DISTRICT JUDGE